**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ASHLEY BROWN,<br>Plaintiff, | ) <br> ) <br> ) <br> ) | Civil Action No.: 3:21-cv-0258 |
| v. | ) <br> ) <br> ) | Magistrate Judge Peter B. Silvain, Jr. |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>Defendant. | ) <br> ) <br> ) <br> ) <br> ) | |

**ORDER**

This cause coming before the Court on the joint motion of the parties, due notice having

been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Motion for an Award of Attorney's Fees under the Equal Access to Justice Act (EAJA) is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $800.00 (eight hundred dollars), and costs in the amount of $0.00, for a total of $800.00 (eight hundred dollars);

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

January 10, 2022                                          *s/Peter B. Silvain, Jr.*
                                                                          Peter B. Silvain, Jr.
                                                                          United States Magistrate Judge